UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASP FRANCHISING, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ASCEND PROPERTY SERVICES, LLC, *et al.*,<br><br>　　　Defendants. | Case No. 5:20-cv-00400-TES |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff ASP Franchising, LLC hereby requests that the Clerk enter default against Defendants Ascend Property Services, LLC and Kristian Hill. As set forth in the accompanying Declaration in Support of Plaintiff's Request for Entry of Default, all of the Defendants have failed to plead or otherwise defend this action. The last known address of each Defendant is as follows:

> Ascend Property Services, LLC
> 2144 North Avoca Street
> Mesa, AZ 85207
>
> Kristian Hill
> 2251 North 32nd Street, Lot 9
> Mesa, AZ 85213

Dated: January 19, 2021

Respectfully submitted,

/s/ Robert L. Zisk
Robert L. Zisk (admitted *pro hac vice*)
Samuel A. Butler (admitted *pro hac vice*)
Lathrop GPM LLP
The Watergate
600 New Hampshire Avenue, N.W. – Suite 700
Washington, D.C. 20037
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

robert.zisk@lathropgpm.com
samuel.butler@lathropgpm.com

Lawrence B. Domenico (Georgia Bar # 003260)
Mozley, Finlayson & Loggins LLP
1050 Crown Pointe Parkway
Suite 1500
Atlanta, GA 30338
Telephone: (404) 256-0700
Facsimile:  (404) 250-9355
ldomenico@mfllaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 19th day of January, 2021, a copy of the foregoing Plaintiffs' Request for Entry of Default was sent to Defendants via USPS First Class Mail at the following address:

> Ascend Property Services, LLC
> 2144 North Avoca Street
> Mesa, AZ 85207
>
> Kristian Hill
> 2251 North 32nd Street, Lot 9
> Mesa, AZ 85213

                                                      /s/ Robert L. Zisk